1  **SODWOP**
   **LOREN S. YOUNG, ESQ**.
2  Nevada Bar No. 7567
   **STEFANY "MILEY" TEWELL, ESQ.**
3  Nevada Bar No. 6144
   **LINCOLN, GUSTAFSON & CERCOS, LLP**
4  *ATTORNEYS AT LAW*
   7670 W Lake Mead Blvd, Suite 200
5  Las Vegas, Nevada 89128
   Telephone: (702) 257-1997
6  Facsimile: (702) 257-2203
   lyoung@lgclawoffice.com
7  stewell@lgclawoffice.com

8  Attorneys for Defendants,
   JGB VEGAS RETAIL LESSEE, LLC
9  and ABV HARVEST, LLC

10

11              **UNITED STATES DISTRICT COURT**

12              **DISTRICT COURT OF NEVADA**

13

14  CHARLES R. GROTEFEND, an individual,

15          Plaintiff,                      CASE No.: 2:25-cv-01592-MMD-BNW

16  v.

17  VPC LAS VEGAS STRIP PLAZA, LLC, a      **ORDER GRANTING STIPULATION**
    foreign limited liability company; JGB VEGAS  **FOR DISMISSAL, WITHOUT**
18  RETAIL LESSEE, LLC, a foreign limited   **PREJUDICE AS TO ABV HARVEST,**
    liability company; PARBALL NEWCO, LLC,  **LLC ONLY**
19  dba HORSESHOE LAS VEGAS, a foreign
    limited liability company; ABV HARVEST,
20  LLC, a Delaware limited liability company;
    DOES I through X; and ROE CORPORATIONS
21  I through X, inclusive,

22          Defendants.

23       IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff,

24  CHARLES R. GROTEFEND, by and through his counsel of record DAVID T. GLUTH, ESQ., of

25  HENNESS & HAIGHT, Defendant VPC LAS VEGAS STRIP PLAZA, LLC by and through their

26  counsel of record JASON PECK, ESQ., Defendant PARBALL NEWCO, LLC dba HORSESHOE

27  LAS VEGAS, by and through their counsel of record JUSTIN W. SMERBER, ESQ. of BRANDON

28  SMERBER LAW FIRM and Defendants, JGB VEGAS RETAIL LESSEE, LLC and ABV

HARVEST, LLC by and through their counsel of record LOREN S. YOUNG, ESQ. and STEFANY TEWELL, ESQ. of LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff CHARLES R. GROTEFEND'S Complaint is hereby dismissed as to the claims against ABV HARVEST, LLC, Only, without prejudice, each party to bear their attorney's fees and costs.

DATED this 22nd day of October, 2025.                    DATED this 17th day of October, 2025.

**LINCOLN GUSTAFSON & CERCOS, LLP**          **HENNESS & HAIGHT**

*/s/ Loren S. Young*                                        */s/ David Gluth*
_____            _____
**LOREN S. YOUNG, ESQ.**                      **DAVID T. GLUTH, ESQ.**
Nevada Bar No. 7567                           Nevada Bar No. 9606
**STEFANY "MILEY" TEWELL, ESQ.**              8972 Spanish Ridge Ave.
Nevada Bar No. 6144                           Las Vegas, NV 89148
7670 W Lake Mead Blvd, Suite 200              Attorneys for Plaintiff, CHARLES R.
Las Vegas, Nevada 89128                       GROTEFEND
Attorneys for Defendants, JGB VEGAS RETAIL
LESSEE, LLC and ABV HARVEST, LLC

DATED this 17th day of October, 2025.                    DATED this 20th day of October, 2025.

**LAW OFFICES OF JASON C. FOULGER**          **BRANDON SMERBER LAW FIRM**

*/s/ Jason Peck*                                          */s/ Justin Smerber*
_____            _____
**JASON PECK, ESQ.**                          **JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10183                          Nevada Bar No. 10761
7251 W Lake Mead Blvd., Suite 250             139 E. Warm Springs Rd.
Las Vegas, NV 89128                           Las Vegas, NV 89119
Attorneys for Defendant, VPC LAS VEGAS        Attorneys for Defendant, PARBALL NEWCO,
STRIP PIZZA, LLC                              LLC dba HORSESHOE LAS VEGAS

## <u>ORDER</u>

IT IS HEREBY ORDERED that Plaintiff's Complaint filed in Case No. 2:25-cv-01592-MMD-BNW, and claims asserted therein, are hereby dismissed as to ABV HARVEST, LLC, Only, without prejudice, each party to bear their own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATED: <u>October 23, 2025</u>

**Sarah Fernández Tabet**

| | |
|---|---|
| **From:** | Peck, Jason <Jason.Peck@LibertyMutual.com> |
| **Sent:** | Friday, October 17, 2025 1:03 AM |
| **To:** | Cheryl Giammona |
| **Subject:** | RE: Grotefend v. VPC et al. / Stip Dismiss ABV Harvest |
| **Attachments:** | 20251009_SODWOP ABV_sat.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

I approve adding my e-signature.

Jason Peck, Esq.
The Law Offices of Foulger & Peck
Employees of Liberty Mutual Group, Inc.
Office Telephone: (702) 228-3176
Direct Telephone: (702) 284-5911
Email Address:  jason.peck@libertymutual.com
Mailing Address: P.O. Box 7218, London, KY 40742
Physical Office Address: 7251 West Lake Mead Boulevard, Suite 250
Las Vegas, Nevada 89128
Fax (866) 221-6108

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, do not distribute or copy this communication. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited.  If you have received this communication in error, please notify me via return e-mail and via telephone at (702) 284-5911 and permanently delete the original and any printout thereof.  Please be advised that there is a risk a third party can gain access when sending or receiving electronic communications using a computer or other devise, or e-mail account.

**From:** Cheryl Giammona <CGiammona@lgclawoffice.com>
**Sent:** Friday, October 10, 2025 3:12 PM
**To:** David T. Gluth <david@hennessandhaight.com>; Justin Smerber <j.smerber@bsnv.law>; Peck, Jason <Jason.Peck@LibertyMutual.com>; Kelley Huff <Kelley@hennessandhaight.com>
**Cc:** Stefany Tewell <stewell@lgclawoffice.com>; Loren Young <lyoung@lgclawoffice.com>
**Subject:** {EXTERNAL} Grotefend v. VPC et al. / Stip Dismiss ABV Harvest

Hello,

Attached please find the Stipulation and Order for Dismissal without Prejudice as to ABV HARVEST, LLC Only. Please advise if we have permission to affix your electronic signature.

Thank you!

**Cheryl Giammona**
*Legal Assistant to*
**Karissa K. Mack, Esq. – Partner**
**Stefany Tewell, Esq.**
**Michael Lin, Esq.**

1

**Sarah Fernández Tabet**

| | |
|---|---|
| **From:** | David T. Gluth <David@hennessandhaight.com> |
| **Sent:** | Friday, October 17, 2025 10:02 AM |
| **To:** | Cheryl Giammona; Justin Smerber; Kelley Huff |
| **Cc:** | Stefany Tewell; Loren Young; Jason.Peck@LibertyMutual.com |
| **Subject:** | RE: Grotefend v. VPC et al. / Stip Dismiss ABV Harvest |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

You have my authority to submit with my electronic signature. Thanks.

**DAVID T. GLUTH**
**Henness & Haight Injury Law**
8972 Spanish Ridge Avenue, Las Vegas, Nevada 89148
702-862-8200 | Fax: 702-862-8204



**From:** Cheryl Giammona <CGiammona@lgclawoffice.com>
**Sent:** Friday, October 17, 2025 8:43 AM
**To:** David T. Gluth <David@hennessandhaight.com>; Justin Smerber <j.smerber@bsnv.law>; Kelley Huff <Kelley@hennessandhaight.com>
**Cc:** Stefany Tewell <stewell@lgclawoffice.com>; Loren Young <lyoung@lgclawoffice.com>; Jason.Peck@LibertyMutual.com
**Subject:** RE: Grotefend v. VPC et al. / Stip Dismiss ABV Harvest

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning,

Attached is the Stipulation and Order for Dismissal without Prejudice as to ABV HARVEST, LLC Only. Please review and let us know if we have permission to affix your electronic signature.

**Cheryl Giammona**
*Legal Assistant to*
**Karissa K. Mack, Esq. – Partner**
**Stefany Tewell, Esq.**
**Michael Lin, Esq.**
**LINCOLN, GUSTAFSON & CERCOS LLP**
**Experience. Integrity. Results.**

**California    Nevada    Arizona**

| | | |
|---|---|---|
| 101 West Broadway, Suite 1600 | 7670 W Lake Mead Blvd, Suite 200 | 2415 E. Camelback Rd., Suite 700 |
| San Diego, California 92101 | Las Vegas, Nevada 89128 | Phoenix, Arizona 85016 |
| 619.233.1150; 619.233.6949 Fax | 702.257.1997; 702.257.2203 Fax | 602.606.5735; 602.508.6099 Fax |

**Sarah Fernández Tabet**

| | |
|---|---|
| **From:** | Justin Smerber <j.smerber@bsnv.law> |
| **Sent:** | Monday, October 20, 2025 3:23 PM |
| **To:** | Cheryl Giammona; David T. Gluth; Kelley Huff |
| **Cc:** | Stefany Tewell; Loren Young; Jason.Peck@LibertyMutual.com |
| **Subject:** | RE: Grotefend v. VPC et al. / Stip Dismiss ABV Harvest |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Yes, you have my approval to submit this SAO.  Thank you,

JUSTIN W. SMERBER, ESQ.
BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
TEL. 702-380-0007
FAX. 702-380-2964

The information contained in the electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above.  If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited.  If you have received this communication in error, please notify Brandon | Smerber Law Firm at (702) 380-0007 and permanently delete the communication immediately without making any copy or distribution.

---

**From:** Cheryl Giammona <CGiammona@lgclawoffice.com>
**Sent:** Monday, October 20, 2025 2:26 PM
**To:** David T. Gluth <David@hennessandhaight.com>; Justin Smerber <j.smerber@bsnv.law>; Kelley Huff <Kelley@hennessandhaight.com>
**Cc:** Stefany Tewell <stewell@lgclawoffice.com>; Loren Young <lyoung@lgclawoffice.com>; Jason.Peck@LibertyMutual.com
**Subject:** RE: Grotefend v. VPC et al. / Stip Dismiss ABV Harvest

**CAUTION: External Sender. Please do not click on links or open attachments from senders you do not trust.**

Justin, do we have permission to attached you e-signature to the Stipulation and Order for Dismissal without Prejudice as to ABV HARVEST, LLC Only?

**Cheryl Giammona**
*Legal Assistant to*
**Karissa K. Mack, Esq. – Partner**
**Stefany Tewell, Esq.**
**Michael Lin, Esq.**
**LINCOLN, GUSTAFSON & CERCOS LLP**
**Experience.  Integrity.  Results.**