DAVID T. GLUTH, ESQ.
Nevada Bar No. 10596
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200 – telephone
(702) 862-8204 – facsimile
David@hennessandhaight.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES R. GROTEFEND an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>VPC LAS VEGAS STRIP PIZZA, LLC, a foreign limited liability company; JGB VEGAS RETAIL LESSEE, LLC, a foreign limited liability company; PARBALL NEWCO, LLC, dba HORSESHOE LAS VEGAS, a foreign limited liability company; ABV HARVEST, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01592-MMD-BNW<br><br><br>**STIPULATION AND ORDER FOR FRCP 35 EXAMINATION OF PLAINTIFF** |

IT IS HEREBY STIPULATED by and between Plaintiff, CHARLES R. GROTEFEND, and Defendant, VPC LAS VEGAS STRIP PIZZA, LLC, through undersigned counsel of record, that Plaintiff shall appear for examination pursuant to FRCP 35 (the Examination), at **10:30 a.m. on May 28, 2026**, at the office of Dr. Kirt Kimball ("Examining Doctor") located at **4815 West Russell Road, Suite 6F, Las Vegas, Nevada 89118.**

The Parties further stipulate that the Examination shall be subject to the following protocols:

1.      The Examining Doctor agrees to not request or require any paperwork to be filled out on the day of the exam while Plaintiff is at the Examining Doctor's office. Any

1

paperwork to be filled out will be provided at least one week prior to the Examination. Plaintiff will bring the paperwork with the completed relevant portions to the Examination.

2.      The Examining Doctor must be informed and agree to not ask Plaintiff any questions or seek any information during the Examination that relates in any way to liability. The Rule 35 exam is solely related to medical conditions for which Examining Doctor has been retained, not facts or information regarding liability. Examining Doctor may ask questions regarding the underlying incident only as they relate to medical causation.

3.      The Examining Doctor is informed and agrees that he will not comment outside of their area of his expertise. The Parties reserve their rights to later seek relief from the Court to determine issues concerning the admissibility or scope of any such opinions by the examining doctor.

4.      The Examining Doctor has been informed and agrees that he must not conduct any intrusive tests or painful examinations, to include x-rays.

5.      The Examiner must be informed and agree that if our client waits any longer than 30 minutes after the scheduled start time of the exam, he is permitted to leave without penalty of any kind. Prior to leaving, Plaintiff must first consult with his counsel and counsel for Plaintiff will contact counsel for Defendant to discuss the issue.

6.      Counsel for Defendant agrees to provide Plaintiff with a copy of Examining Doctor's report within 30 days of the examination, as required under NRCP 35. This production of the report applies whether or not counsel for Defendant ultimately chooses to designate Examining Doctor as an expert or use his opinions in any way.

7.      The Examining Doctor consents to allowing Plaintiff to have an observer of his choice present throughout the entirety of the Rule 35 examination. This observer may be, without limitation, an individual from the person's attorney office, a provider of health care, or any other person hired by or on behalf of the Plaintiff. Furthermore, the Plaintiff must be permitted to take notes or appoint the observer to take notes during the examination; and Plaintiff must be permitted to make an audio recording of the examination, or instruct the

observer to make such a recording. The Examiner shall not interfere with recording or observation. The Observer must not in any way interfere, obstruct, or participate in the examination.  Plaintiff will provide Counsel for Defendants with a copy of the recording and notes taken during the exam, if any, upon receipt of the report as outlined in paragraph 6 above. Counsel for Plaintiff will notify counsel for Defendant of the identity of the observer within twenty-four (24) hours prior to the exam.

DATED this 11th day of May, 2026.

**HENNESS & HAIGHT**

/s/ David T. Gluth, Esq.
_____
DAVID T. GLUTH, ESQ.
Nevada Bar No. 10596
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

DATED this 11th day of May, 2026.

**DENNETT WINSPEAR, LLP**

/s/ Meredith L. Holmes, Esq.
_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
MEREDITH L. HOLMES, ESQ.
Nevada Bar No. 11602
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
*Attorneys for Defendant,*
*VPC LAS VEGAS STRIP PIZZA, LLC*

DATED this 11th day of May, 2026.

**LINCOLN GUSTAFSON & CERCOS, LLP**

/s/ Loren S. Young, Esq.
_____
LOREN S. YOUNG, ESQ.
Nevada Bar No. 7567
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendants*
*JGB VEGAS RETAIL LESSEE, LLC*
*and ABV HARVEST, LLC*

DATED this 11th day of May, 2026.

**BRANDON SMERBER LAW FIRM**

/s/ Justin W. Smerber, Esq.
_____
JUSTIN W. SMERBER, ESQ.
Nevada Bar No. 10761
139 E. Warm Springs Rd.
Las Vegas, NV 89119
*Attorneys for Defendant*
*PARBALL NEWCO, LLC*
*dba HORSESHOE LAS VEGAS*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 12, 2026

3