RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdennett@dennettwinspear.com
MEREDITH L. HOLMES, ESQ.
Nevada Bar No. 11602
mholmes@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
**Attorneys for Defendant,**
**VPC LAS VEGAS STRIP PIZZA, LLC**

DENNETT WINSPEAR
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES R. GROTEFEND, an individual,

Plaintiff,

vs.

VPC LAS VEGAS STRIP PIZZA, LLC, a foreign limited liability company; JGB VEGAS RETAIL LESSEE, LLC, a foreign limited liability company; PARBALL NEWCO, LLC, dba HORSESHOE LAS VEGAS, a foreign limited liability company; ABV HARVEST, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

Defendants.

CASE NO: 2:25-CV-01592-MMD-BNW

JGB VEGAS RETAIL LESSEE, LLC, a foreign limited liability company

Counterclaimant.

vs.

VPC LAS VEGAS STRIP PIZZA, LLC, a foreign limited liability company;

Counter Defendant.

**ORDER GRANTING STIPULATION TO DISMISS JGB VEGAS RETAIL LESSEE, LLC'S CROSS- CLAIMS AGAINST VPC LAS VEGAS STRIP PIZZA, LLC WITHOUT PREJUDICE**

Defendant, JGB VEGAS RETAIL LESSEE, LLC, and Defendant, VPC LAS VEGAS STRIP PIZZA, LLC by and through their undersigned counsel of record, hereby agree and stipulate to

dismiss Defendant JGB Vegas Retail Lessee, LLC's Cross-Claims against Defendant VPC Las Vegas Strip Pizza, LLC without prejudice, each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED:**

Dated this 28th day of August 2026.

**DENNETT WINSPEAR, LLP**

*/s/ Meredith Holmes*
MEREDITH L. HOLMES, ESQ.
Nevada Bar No. 11602
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Attorneys for Defendant,
**VPC LAS VEGAS STRIP PIZZA, LLC**

Dated this 28th day of August, 2026.

**LINCOLN, GUSTAFSON & CERCOS, LLP**

*/s/ Loren Young*
LOREN S. YOUNG, ESQ.
Nevada Bar No. 7567
7670 W. Lake Mead Boulevard, Suite 200
Las Vegas, Nevada 89128
Attorneys for Defendant,
**JGB VEGAS RETAIL LESSEE, LLC**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: August 28, 2026

DENNETT WINSPEAR ATTORNEYS AT LAW

**Anthony Amendola**

**From:** Loren Young <lyoung@lgclawoffice.com>
**Sent:** Friday, August 28, 2026 1:44 PM
**To:** Meredith Holmes
**Subject:** RE: Grotefend v. VPC Pizza

Looks good to me. You can add my e-signature

---

**From:** Meredith Holmes <mholmes@dennettwinspear.com>
**Sent:** Friday, August 28, 2026 1:41 PM
**To:** Loren Young <lyoung@lgclawoffice.com>
**Subject:** Re: Grotefend v. VPC Pizza

Added.

Meredith Holmes, Es
DENNETT WINSPEAR
ATTORNEYS AT LAW
3301 N. Buffalo Dr., Suite
Las Vegas, NV 89129

---

**From:** Loren Young <lyoung@lgclawoffice.com>
**Date:** Friday, August 28, 2026 at 1:38 PM
**To:** Meredith Holmes <mholmes@dennettwinspear.com>
**Subject:** RE: Grotefend v. VPC Pizza

Look good. Do you want to add a note in the stip that all parties to bear their own fees and costs?

---

**From:** Meredith Holmes <mholmes@dennettwinspear.com>
**Sent:** Friday, August 28, 2026 1:26 PM
**To:** Loren Young <lyoung@lgclawoffice.com>
**Subject:** Grotefend v. VPC Pizza

Hi -

I have attached the Substitution of Attorneys and a Stipulation and Order to Dismiss the JGB Cross-Claims against VPC. I'll need that signed before I file the substitute of attorneys. Thanks.

Meredith Holmes, Es
DENNETT WINSPEAR
ATTORNEYS AT LAW
3301 N. Buffalo Dr., Suite
Las Vegas, NV 89129